Michael T. Gallagher
**THE GALLAGHER LAW FIRM**
Bank of America Center
700 Louisiana Street, 40th Floor
Houston, TX 77002
(713) 222-8080
(713) 222-0066 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) |
| | ) ) |
| Judy Jones, et al., | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| Pfizer Inc, et al., | ) ) |
| Defendants. | ) ) ) |

**Case No. 06-0448 CRB**

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now all the Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), whereby all plaintiffs stipulate to the dismissal of this action **with prejudice** as to all defendants named herein with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010      THE GALLAGHER LAW FIRM

By:_____
Michael T. Gallagher
*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42627853.2

1

2    DATED: Apr. 30, 2010      DLA PIPER LLP (US)

3

4                             By:_____
                                  Michelle W. Sadowsky
5                                 *Attorneys for Pfizer Defendants*

6    DATED: _____, 2010       STINNETT THIEBAUD & REMINGTON

7

8                             By:_____
                                  Philina Marie Remington
9                                 *Attorneys for Dr. Michele Ibanez*

10

11   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.

12

13   Dated: May 5, 2010

14                             _____
                               Hon. Charles R. Breyer
15                             United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42627853.2